1 

 The People of the State of Colorado, Petitioner In the Interest of Minor Child: H.L.B., and Petitioner H.L.B., and Concerning A.S. 
No. 25SC721
Supreme Court of Colorado, En Banc
February 2, 2026

2

 Court of Appeals Case No. 24CA1786 
 
 Petitions for Writ of Certiorari GRANTED. 
 Whether the court of appeals determined a question of substance not yet determined by this court when it determined a less drastic alternative need not be "currently available." 
 [REFRAMED] Whether the division erred in its application of People in Interest of A.M. v. T.M., 2021 CO 14, 480 P.3d 682, concerning less drastic alternatives, contrary to the goal of securing permanency for children involved in the dependency and neglect process. 
 DENIED AS TO ALL OTHER ISSUES.